# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-3703

_____

United States of America

*Plaintiff - Appellee*

v.

Gaspar Jose Francisco

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: July 18, 2018
Filed: July 30, 2018
[Unpublished]

_____

Before LOKEN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal, Gaspar Francisco challenges the sentence the district court[1] imposed after he pleaded guilty to enticing a minor to engage in sexual

_____

[1]The Honorable Rebecca Ebinger, United States District Judge for the Southern District of Iowa.

activity. His counsel has moved to withdraw and submitted a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence was unreasonable.

After careful review, we conclude that the district court did not impose an unreasonable sentence, as there was no indication that it overlooked a relevant 18 U.S.C. § 3553 factor, or committed a clear error of judgment in weighing relevant factors, <u>see</u> <u>United States v. David</u>, 682 F.3d 1074, 1077 (8th Cir. 2012) (standard of review); <u>United States v. Wohlman</u>, 651 F.3d 878, 887 (8th Cir. 2011); and the sentence was within the Guidelines range, <u>see</u> <u>United States v. Callaway</u>, 762 F.3d 754, 760 (8th Cir. 2014). Having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and affirm.

_____